IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00224-01-CR-W-HFS |
| | ) | |
| RASHEED G. SHAKUR, | ) | |
| a/k/a "Charles G. Cook", | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF PRIOR CONVICTIONS

Comes now the United States of America, by and through its undersigned attorneys, and respectfully notifies the Court and counsel, in accordance with the provisions of Title 21, United States Code, Section 851, that the defendant, Rasheed Shakur, then known as Charles Cook, was convicted by guilty plea of a drug-related felony offense, that is, sale of cocaine base, a Class B felony under Missouri law, in Case No. CR91-1178, Jackson County, Missouri, on June 10, 1991.

Accordingly, upon conviction of an offense charged under Title 21, United States Code, Section 841(b)(1)(A), defendant is subject to a mandatory minimum sentence of twenty years, a maximum sentence of life imprisonment, a fine of not more than $8,000,000, and a supervised release term of not less than ten years.

Upon conviction of an offense charges under Title 21, United States Code, Section 841(b)(1)(B), defendant will be subject to an enhanced sentence of not less than ten years

imprisonment, a maximum of life imprisonment, a fine of not more than $4,000,000, and not less than eight years of supervised release.

        Respectfully submitted,

        Matt J. Whitworth
        United States Attorney

By   */s/ Charles E. Ambrose, Jr.*

        Charles E. Ambrose, Jr.
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 16, 2009, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        Carl Ernest Cornwell
        Cornwell, Erickson, Travis, Breer & Scherff
        201 East Loula, Suite 101
        Olathe, KS 66061
        Attorney for Defendant

        */s/ Charles E. Ambrose, Jr.*
        ―――――――――――――――――
        Charles E. Ambrose, Jr.
        Assistant United States Attorney