# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-00224-01-CR-W-HFS |
| | ) |
| RASHEED G. SHAKUR, | ) |
| a/k/a "Charles G. Cook", | ) |
| | ) |
| Defendant, | ) |

## AMENDED INFORMATION: NOTICE OF PRIOR CONVICTIONS

Comes now the United States of America, by and through its undersigned attorneys, and respectfully notifies the Court and counsel, in accordance with the provisions of Title 21, United States Code, Section 851, that the defendant, Rasheed Shakur, then known as Charles Cook, was convicted by guilty plea of two drug-related felony offenses, that is, (1) sale of cocaine base, a Class B felony under Missouri law, in Case no. CR91-1178, Jackson County, Missouri, on June 10, 1991; and (2) felony possession of cocaine, a Class C felony under Missouri law, in case no. CR90-4065, on July 15, 1992.

Accordingly, upon conviction of an offense charged under Title 21, United States Code, Section 841(b)(1)(A), defendant is subject to a mandatory minimum sentence of life imprisonment, a fine of not more than $8,000,000, and a supervised release term of not less than ten years.

Upon conviction of an offense charges under Title 21, United States Code, Section 841(b)(1)(B), defendant will be subject to an enhanced sentence of not less than ten years imprisonment, a maximum of life imprisonment, a fine of not more than $4,000,000, and not less

than 8 years of supervised release.

>Respectfully submitted,
>
>Beth Phillips
>United States Attorney
>
>By   */s/ Charles E. Ambrose, Jr.*
>
>Charles E. Ambrose, Jr.
>Assistant United States Attorney
>
>Charles Evans Whittaker Courthouse
>400 East 9th Street, Room 5510
>Kansas City, Missouri  64106
>Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 25, 2010, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

>Carl Ernest Cornwell
>Cornwell, Erickson, Travis, Breer & Scherff
>201 East Loula, Suite 101
>Olathe, KS 66061

>*/s/ Charles E. Ambrose, Jr.*
>_____
>Charles E. Ambrose, Jr.
>Assistant United States Attorney