# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                 **Case No.: 09-00224-01-CR-W-DGK**

**RASHEED G. SHAKUR**

                                                      **USM Number: 21576-045**

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Counts 1, 2, 3, 4, 9 and 10 of the Superseding Indictment on February 4, 2011. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(A), 846 and 851 | Conspiracy to Distribute 1,000 Kilograms or More of Marijuana, 5 Kilograms or More of Cocaine, and Some Amounts of Ecstacy | June 25, 2009 | 1 |
| 18 U.S.C. 1956(a)(1)(B)(I) and (h) | Conspiracy to Commit Money Laundering | June 25, 2009 | 2 |
| 21 U.S.C. 841(a)(1), (b)(1)(C) and 851 | Possession with Intent to Distribute Some Amount of Cocaine | June 25, 2009 | 3 |
| 21 U.S.C. 841(a)(1), (b)(1)(D) and 851 | Possession with Intent to Distribute Some Amount of Marijuana | June 25, 2009 | 4 |
| 18 U.S.C. 922(g) and 924(a)(2) | Felon in Possession of a Firearm | June 25, 2009 | 9 |
| 18 U.S.C. 924(c)(1)(A) | Possession of a Firearm in Relation to a Drug Trafficking Offense | June 25, 2009 | 10 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: August 4, 2011


  /s/ Greg Kays
GREG KAYS
UNITED STATES DISTRICT JUDGE


August    5   , 2011

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Life on Count 1, 240 months on Count 2, 360 months on Count 3, 120 months on each of Counts 4 and 9, all to be served concurrently, and 60 months on Count 10, to be served consecutively, for a total term of imprisonment of Life plus 60 months, with no supervised release to follow.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $600.00 | $ | $ |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

Note: Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Lump sum payment of $600.00 due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

## FORFEITURE

Forfeiture will be imposed by further order of the Court.