IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  09-00224-01-CR-W-DGK |
| | ) | |
| RASHEED G. SHAKUR, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The government respectfully requests this Court to order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above-entitled case.  The government requests that the Writ command the, Warden/Superintendent of the USP Terre Haute, U.S. Penitentiary, 4700 Bureau Road South, Terre Haute, IN 47802, to deliver to the custody of the United States Marshal, the defendant, Rasheed G. Shakur, so that he may appear in the above-entitled case in accordance with the laws of the United States, and after having so appeared, to be returned to the aforementioned custody as directed by this Court.   In support of this request, the United States avers the following:

**I.  SUGGESTIONS IN SUPPORT**

1. Defendant is presently incarcerated at the USP Terre Haute, U.S. Penitentiary, 4700 Bureau Road South, Terre Haute, IN 47802

2. Defendant was sentenced on August 5, 2011. Defendant appealed, and on August 30, 2012, the Eighth Circuit Court of Appeals affirmed defendant's sentence but reversed the criminal forfeiture order.   The current proceedings are related to the appellate decision.

3. Defendant has a scheduled court appearance for December 18, 2013.

## II. CONCLUSION

WHEREFORE, the government respectfully requests this Court order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above entitled case.

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

By    */s/ James C. Bohling*

        James C. Bohling
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East 9th Street, Room 5510
        Kansas City, Missouri   64106
        Telephone: (816) 426-3122